UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United Student Aid Funds, Inc.</u>

   v.       Civil No. 07-214-JL

<u>Prodanis, Inc.</u>

**O R D E R**

  The preliminary pretrial conference was held in chambers on March 5, 2008.

  By agreement of the parties, judgment is <u>granted</u> in favor of the plaintiff.

  The clerk will schedule a hearing on damages, costs, and attorney's fees recoverable by the plaintiff during May, 2008.

  Plaintiff will file its motion for damages, costs and fees on or before **March 25, 2008**. Defendant will file its response no later than **April 14, 2008**.

  The court appreciates the efforts of counsel for both parties to resolve this matter expeditiously.

  **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

March 5, 2008

cc: Elizabeth B. Olcott, Esq.
   Peter Bennett, Esq.